■
### 325 So.2d 543
### In re Kelvin W. RICHARDSON

v.

### STATE.

### Ex parte Kelvin W. Richardson.

### SC 1614.

Supreme Court of Alabama.

Jan. 15, 1976.

Robert R. Bryan, Birmingham, for petitioner.

No appearance for the State.

EMBRY, Justice.

Petition of Kelvin W. Richardson for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Richardson v. State*, 57 Ala.App. 24, 325 So.2d 540.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.